Clarice A. Spicker, Bar #029964
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7810
cspicker@jshfirm.com

Attorneys for Defendants Kwak and PKD Trucking, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| GUILFORD INSURANCE COMPANY a/s/o INMAN TRUCKING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SANG GUK KWAK and JANE DOE KWAK, husband and wife; ABC CORPORATION I-X; XYZ PARTNERSHIPS and/or SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X; PKD TRUCKING, INC.; ABC CORPORATION I-X; XYZ PARTNERSHIPS and/or SOLE PROPRIETORSHIPS I-X; JOHN DOES and JANE DOES I-X,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL** |

   Defendants Sang Guk Kwak and PKD Trucking, Inc., by and through undersigned counsel, file this Notice of Removal of an Arizona State Court action against it to the United States District Court for the District of Arizona and states as follows:

   1. On or about  December 6, 2017,  an action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Mohave, under the caption *Guildord Insurance Company a/s/a Inman Trucking Company, Inc. v. Sang Guk Kwak and Jane Doe Kwak, husband and wife; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X; PKD TRUCKING, INC.; ABC CORPORATION I-X; XYZ*

6480323.1

*PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X,* Case No. CV2017-00583. Plaintiffs' counsel served Defendants Sang Guk Kwak and Jane Doe Kwak, whose true name is Haesun Kwak, on January 26, 2018, by personal service. It is believed that Defendant PKD Trucking on January 26, 2018, via personal service; however, no proof of service has been filed in the Coconino County Superior Court Clerk's Office and, despite repeated requests, Plaintiff's counsel has not yet provided information regarding the status of personal service on PKD Trucking, Inc.

2.   Copies of pleadings so far filed in the State Court action are attached hereto as Exhibit A.

3.   Defendant PKD Trucking, Inc., is a California corporation with its principal place of business in Diamond Bar, California. Defendant Kwak is a resident of the State of California.

4.   Plaintiff Guilford Insurance Company is a corporation with its principal place of business in Illinois. It is believed that Guilford Insurance Company was the insurer for Inman Trucking, Inc., a North Carolina corporation, at the time of the subject incident.

5.   Plaintiff claims personal injuries as a result of Defendants' alleged liability. Defendants are of the belief that Plaintiffs' injuries exceed the sum of $75,000.

6.   This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Therefore this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

7.   Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Coconino.

1  8. A Notice of Filing Notice of Removal with the Clerk of the Coconino County Superior Court and a copy of the same is attached as Exhibit B.

DATED this 14<sup>tn</sup> day of February, 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By: */s/ Clarice A. Spicker*
　　Clarice A. Spicker
　　40 North Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendants Kwak and PKD Trucking, Inc.

6480323.1

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of February, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

    Fred R. Saigh
    Saigh Law, P.L.L.C.
    11811 North Tatum, Suite 3031
    Phoenix, Arizona  85028
    fsaigh@cox.net


/s/  Becky Finnell