# EXHIBIT A

1
**SAIGH LAW, P.L.L.C.**
11811 NORH TATUM BOULEVARD, SUITE 3031
2  PHOENIX, ARIZONA 85028
TEL: (602) 953-7742
3  FAX: (602) 391-2047

4  Fred R. Saigh, 22270

5  *Attorney for Plaintiff Guilford Insurance Company a/s/o Inman Trucking, Inc.*

6  IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7  IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| GUILFORD INSURANCE COMPANY a/s/o INMAN TRUCKING, INC., Plaintiff, | Cause No.: CV2017-00583 |
| v. | **SUMMONS** |
| SANG GUK KWAK and JANE DOE KWAK, husband and wife; ABC CORPORATION I-X; XYZ PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X; PKD TRUCKING, INC.; ABC CORPORATION I-X; XYZ PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X; Defendants. | (Tort Motor Vehicle) |

**THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANTS:**

SANG GUK KWAK AND JANE DOE KWAK
26355 PINES ESTATES DR
HARBOR CITY, CA 90710

PKD TRUCKING, INC.
1040 GOLDEN SPRINGS DR F
DIAMOND BAR, CA 91765

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of the day of

service. If served outside the State of Arizona, whether by direct service, or by publication, you shall appear and defend within thirty (30) days after the date of first publication. Direct service is complete when made. RCP 4. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or otherwise plead until the expiration of forty (40) days after the date of service upon the Director. A.R.S. § 20-222, 28-1027, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or other proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or other response upon the plaintiff's attorney. RCP 10(d); A.R.S. § 12-311, RCP 5.

The name and address of Plaintiff's attorneys are:

Fred R. Saigh, Esq.
Saigh Law, P.L.L.C.
11811 North Tatum Boulevard, Suite 3031
Phoenix, Arizona 85028

**REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE AT LEAST THREE (3) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

///

///

**SIGNED AND SEALED this date:** December 11, 2017

Valerie Wyant
Clerk

By _Kathy Peters_
Deputy Clerk

**SAIGH LAW, P.L.L.C.**
11811 NORH TATUM BOULEVARD, SUITE 3031
PHOENIX, ARIZONA 85028
TEL: (602) 953-7742
FAX: (602) 391-2047

Fred R. Saigh, 22270

*Attorney for Plaintiff Guilford Insurance Company a/s/o Inman Trucking, Inc.*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| GUILFORD INSURANCE COMPANY a/s/o INMAN TRUCKING, INC., <br> Plaintiff, <br> v. <br> SANG GUK KWAK and JANE DOE KWAK, husband and wife; ABC CORPORATION I-X; XYZ PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X; PKD TRUCKING, INC.; ABC CORPORATION I-X; XYZ PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X; Defendants. | Cause No.: CV2017-00583 <br><br> **COMPLAINT** <br><br> **(Tort Motor Vehicle)** |

Plaintiff Guildford Insurance Company a/s/o Inman Trucking, Inc., by and through counsel undersigned, alleges the following:

**PARTIES**

1. Plaintiff Guilford Insurance Company ("Plaintiff") is a company that is authorized to transact business in the State of Arizona.

2. Upon information and belief, Defendant Sang Guk Kwak ("Defendant Kwak"), at all times material hereto, was a resident of Los Angeles County, California.

3. Upon information and belief, at the time of the conduct complained of herein, Defendant Kwak was acting for, on behalf of, and/or in furtherance of the marital community composed of himself and Jane Doe Kwak.

4. Upon information and belief, Defendant PKD Trucking, Inc. ("Defendant PKD") is a company that transacts business in the State of Arizona.

5. Defendants John Does 1-10, Jane Does 1-10, ABC Corporations 1-10, and XYZ Partnerships and/or Sole Proprietorships 1-10 are various individuals and business entities who have contributed to the negligence alleged herein. The true names of fictitious Defendants are unknown to Plaintiff at this time, and at such time as the true names of said Defendants are ascertained, Plaintiff will seek leave of this Court to substitute them for the fictitious names in which they are sued.

## JURISDICTION AND VENUE

6. All events giving rise to this cause of action occurred in Coconino County, Arizona.

7. The amount in controversy does not exceed the jurisdictional limits for this Court.

8. This Court has personal subject matter jurisdiction.

9. Venue is proper in this Court.

## FACTS

10. On October 28, 2016, Defendant Kwak was operating a 2009 Volvo Truck with an attached trailer traveling eastbound in Lane 1 on Interstate 40 at Mile Post 186.1 in Coconino County, Arizona, when Defendant Kwak failed to control his speed and caused the 2009 Volvo Truck and trailer to roll over and come to a stop in Lanes 1 and 2 on Interstate 40 at Mile Post 186.1. The cab to the 2009 Volvo Truck came to a stop in Lane 1 on Interstate 40 at Mile Post 186.1, and the trailer detached from the cab of the 2009 Volvo Truck and came to a stop in Lane 2 on Interstate 40 at Mile Post 186.1.

11. Defendant PKD is the owner of the 2009 Volvo Truck and trailer.

12. Defendant Kwak was an agent and/or employee of Defendant PKD and was acting within the scope of his agency and/or employment on October 28, 2016.

13. Defendant PKD is vicariously liable for the negligent acts of its agent and/or employee, Defendant Kwak.

14. On October 28, 2016, Richard Scott Wiggs ("Wiggs") was lawfully and prudently operating a 2016 Kenworth Truck with an attached trailer traveling eastbound in Lane 2 on Interstate 40 at Mile Post 186.1 in Coconino County, Arizona, when Wiggs unavoidably hit the trailer that detached from the cab of Defendant Kwak's 2009 Volvo Truck. Despite Wiggs' best efforts, Wiggs was unable to move to Lane 1 in time to avoid hitting the trailer that detached from the cab of Defendant Kwak's 2009 Volvo Truck.

15. Inman Trucking, Inc. ("Inman Trucking") is the owner of the 2016 Kenworth Truck and trailer.

16. Defendant Kwak, in violation of the law, failed to control his speed, failed to control his vehicle, and failed to avoid causing a collision with the 2016 Kenworth Truck that Wiggs was operating on October 28, 2016. The collision on October 28, 2016 was solely caused by the fault of Defendant Kwak.

17. Defendant Kwak's conduct violated Arizona statute, which violation constitutes negligence per se.

18. As a direct and proximate result of Defendant Kwak's negligence and carelessness, Wiggs suffered damages.

19. As a direct and proximate result of Defendant Kwak's negligence and carelessness, Inman Trucking's 2016 Kenworth Truck and trailer sustained extensive damages.

3

20. As a direct and proximate result of Defendant Kwak's negligence and carelessness, Wiggs suffered damages.

21. As a direct and proximate result of Defendant Kwak's negligence and carelessness, Inman Trucking suffered damages.

22. As a direct and proximate result of Defendant Kwak's negligence and carelessness, Plaintiff suffered damages.

23. Plaintiff compensated Inman Trucking $115,781.26 for Inman Trucking's claim.

**WHEREFORE,** Plaintiff prays for judgment against Defendant Kwak and Defendant PKD as follows:

A. For damages in the amount of $115,781.26;

B. For pre-judgment interest at the maximum rate allowable by law on sums due and owing from October 28, 2016;

C. For attorneys' fees of not less than $5,000.00 pursuant to Rule 55(b)(1) of the Arizona Rules of Civil Procedure in the event of judgment by default in this action;

D. For Plaintiff's costs incurred herein;

E. For interest on such fees and costs at the maximum rate allowable by law from the date of Judgment until paid in full;

F. For interest on the $115,781.26 balance owed at the maximum rate allowable by law from the date of Judgment until paid in full; and

G. For such other and further relief as this Court may deem just and proper under the circumstances.

///

///

4

DATED this 6TH day of December, 2017.

SAIGH LAW, P.L.L.C.

By /s/
Fred R. Saigh
11811 N Tatum Blvd, Ste 3031
Phoenix, AZ 85028
*Attorney for Plaintiff*

5

**SAIGH LAW, P.L.L.C.**
11811 NORH TATUM BOULEVARD, SUITE 3031
PHOENIX, ARIZONA 85028
TEL: (602) 953-7742
FAX: (602) 391-2047

Fred R. Saigh, 22270

*Attorney for Plaintiff Guilford Insurance Company a/s/o Inman Trucking, Inc.*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| GUILFORD INSURANCE COMPANY a/s/o INMAN TRUCKING, INC., Plaintiff, <br><br> v. <br><br> SANG GUK KWAK and JANE DOE KWAK, husband and wife; ABC CORPORATION I-X; XYZ PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X; PKD TRUCKING, INC.; ABC CORPORATION I-X; XYZ PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X and JANE DOES I-X; Defendants. | Cause No.: CV2017-00583 <br><br> **CERTIFICATE OF COMPULSORY ARBITRATION** <br><br> **(Tort Motor Vehicle)** |

The undersigned certifies that the largest award sought by the complainant, excluding interest, attorney's fees, and costs <u>does</u> exceed the limits set by Local Rule for compulsory arbitration, and further certifies that this case <u>is</u> <u>not</u> subject to compulsory arbitration, as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

///

///

///

DATED this 6TH day of December, 2017.

SAIGH LAW, P.L.L.C.

By _____
Fred R. Saigh
11811 N Tatum Blvd, Ste 3031
Phoenix, AZ 85028
*Attorney for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| **GUILFORD INSURANCE COMPANY A/S/O INMAN TRUCKING, INC.**<br><br>　　　　　　　　　　　　　　Plaintiff/Petitioner<br><br>vs.<br><br>**SANG GUK KWAK AND JANE DOE KWAK, HUSBAND AND WIFE; ET AL.**<br><br>　　　　　　　　　　　　　　Defendant/Respondent | Cause No.:　**CV2017-00583**<br>Hearing Date:<br><br>**DECLARATION OF SERVICE OF SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of January, 2018** at **6:49 PM** at the address of **22 LAND GRANT, IRVINE, Orange County, CA 92618-8858**; the undersigned served the above described documents upon **SANG GUK KWAK** and **JANE DOE KWAK** by then and there personally delivering **2** true and correct copy(ies) thereof, by then presenting to and leaving the same with **JANE DOE KWAK, SPOUSE, CO-RESIDENT, who accepted service, an Asian female approx. 45-55 years of age, 5'-5'4" tall, weighing 80-120 lbs with black hair with an accent. This is the wife of Sang Guk Kwak. Her name is Haesun Kwak. It was also a female there in her 20s, appeared to be the daughter. And a very young child, appeared to be the daughters child.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$125.00**

Declarant hereby states under penalty of perjury under the laws of the State of California that the statement above is true and correct.

DATED this 26th day of January, 2018.

_____
Ronald Schwalbe, Reg. # 4077, Orange County

4533 MacArthur Blvd A173, Newport Beach, CA 92660

---

| | | | |
|---|---|---|---|
| REF: **Guilford/Kwak & PKD Trucking**<br>FOR: **Saigh Law, PLLC** | PAGE 1 OF 1<br>ORIGINAL PROOF OF SERVICE |  | Tracking #: 0021513845<br> |