1  Clarice A. Spicker, Bar #029964
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
3  Telephone:  (602) 263-1700
   Fax:  (602) 200-7810
4  cspicker@jshfirm.com

5  Attorneys for Defendants Kwak and PKD
   Trucking, Inc.
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Guilford Insurance Company a/s/o Inman Trucking, Inc., | NO. 3:18-CV-08028-GMS |
| Plaintiff, | **STIPULATION RE DISMISSAL WITH PREJUDICE** |
| v. | |
| Sang Guk Kwak and Jane Doe Kwak, husband and wife; et al., | |
| Defendants. | |

The parties hereto, by and through undersigned counsel, stipulate and agree that the above-captioned action may be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 25th day of September, 2018.

HAMMERMAN & HULTGREN, P.C.        JONES, SKELTON & HOCHULI, P.L.C.

By: */s/ Jon R. Hultgren*                By: */s/ Clarice A. Spicker*
    Stanley M. Hammerman                     Clarice A. Spicker
    Jon R. Hultgren                          40 North Central Avenue, Suite 2700
    3101 North Central Ave., Suite 500       Phoenix, Arizona  85004
    Phoenix, Arizona  85012                  Attorneys for Defendants Kwak and PKD
    Attorneys for Plaintiff                  Trucking, Inc.

6981982.1